UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60111-CR-LEIBOWITZ/AUGUSTIN-BIRCH

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

FILED BY ___AT___ D.C.

May 15, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

vs.

PETER EDWARD MARIN,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

Between in or around February, 2025, and on or about March 26, 2025, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**PETER EDWARD MARIN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved fifty (50) grams or more of methamphetamine.

## COUNT 2
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about April 28, 2025, in Broward County, in the Southern District of Florida, the defendant,

**PETER EDWARD MARIN,**

did knowingly and intentionally possess with intent to distribute, and distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved fifty (50) grams or more of methamphetamine.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purposes of alleging forfeiture to the United States of America of certain property in which the defendant, **PETER EDWARD MARIN**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

For *(signature)* BRUCE O. BROWN
HAYDEN O'BYRNE
UNITED STATES ATTORNEY

*(signature)*
JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

Peter Edward Marin,

_____/
                    Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [ ] Miami
- [x] FTL
- [ ] Key West
- [ ] WPB
- [ ] FTP

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __4__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge_____ Case No._____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Alicia O. Valle   Magistrate Case No. 25-MJ-6267-Valle
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge_____ Case No._____
9. Defendant(s) in federal custody as of April 30, 2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
JAMES M. USTYNOSKI
Assistant United States Attorney
SDFL Court ID No. A5502615

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Peter Edward Marin

**Case No:** _____

Count: 1

Distribution of a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment: Life imprisonment**
* **Mandatory Min. Term of Imprisonment: 10 years'**
* **Supervised Release: 5 years' supervised release and up to Life**
* **Max. Fine: $10,000,000.00**

Count: 2

Possession With Intent to Distribute of a Controlled Substance

Title 21, United States Code, Section 841(a)(1)
* **Max. Term of Imprisonment: Life imprisonment**
* **Mandatory Min. Term of Imprisonment: 10 years'**
* **Supervised Release: 5 years' supervised release and up to Life**
* **Max. Fine: $10,000,000.00**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**