# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**  **Date:** 5/16/2025  **Time:** 11:00 a.m.

---

**Defendant:** Peter Edward Marin (J)   **J#:** 77790-511   **Case #:** 25-cr-60111-DSL

**AUSA:** James Ustynoski   **Attorney:** David Antonio Donet, Jr., Esq.

**Violation:** DISTRIBUTION OF A CONTROLLED SUBSTANCE; POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

**Proceeding:** Arraignment   **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No   **Recommended Bond:**

**Bond Set at:** $250,000 CSB with Nebbia   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other:

**Language:** English

**Disposition:**
Defendant present
**Defendant arraigned:** Reading of Indictment Waived, Not guilty plea entered, Jury trial demanded, Standing Discovery Order requested.
**Court grants Defense Ore Tenus Motion for Standing Discovery Order.**

---

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report RE Counsel:**
**PTD/Bond Hearing:**
**Prelim/Arraign or Removal:**
**Status Conference RE:**

**D.A.R.** 11:00:16   **Time in Court:** 5 minutes

**CHECK IF APPLICABLE:** ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..