UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-60111-DSL

UNITED STATES OF AMERICA
          Plaintiff,

vs.

PETER EDWARD MARIN
          Defendant.
_____/

**ORDER VACATING ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS**

UPON CONSIDERATION of the Notice of Permanent Appearance filed by Attorney Larry Thomas McMillan, who has been retained as counsel by the defendant, and this Court's Order on Partial Indigency for Appointment of Counsel and Distribution of Available Funds (the "Order"), and being fully advised in this matter, it is

**ORDERED AND ADJUDGED** that this Court's order entered on April 30, 2025, directing the defendant to pay $3,000.00 to the Clerk of Court for the deposit into the Treasury is hereby **VACATED**.

**DONE AND ORDERED** this 9th day of June, 2025.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE