UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-60111-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER EDWARD MARIN,

    Defendant.

_____

**DEFENDANT PETER EDWARD MARIN'S
<u>UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING</u>**

Defendant PETER EDWARD MARIN (Mr. Marin), by and through his undersigned attorney, files this Unopposed Motion to Continued Sentencing Hearing, and in support thereof, states as follows:

1. On July 23, 2025, Mr. Marin pled guilty to Count 2 of the Indictment [DE 21] in in this case, which charged him with Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1). (See PAPERLESS Minutes [DE 28]).

2. Mr. Marin's Sentencing Hearing is set for October 16, 2025, at 11:00 A.M. (See [DE 29] ORDER SETTING DATE, TIME, AND PROCEDURES FOR SENTENCING HEARING, etc.).

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

3. Mr. Marin respectfully requests a continuance to the week of October 27, 2025, as his undersigned counsel is Specially Set for Trial commencing October 14, 2025, before the Hon. Laura Anne Stuzin, Circuit Judge, in the case of *State of Florida vs. Joseph E. Diaz*, Case No.: F22-0506, in the Circuit Court of the 11th Judicial Circuit of Florida, and also Specially Set for Trial commencing October 20, 2025, before the Hon. Marina Garcia-Wood, Circuit Judge, in the case of *State of Florida vs. Choenyi Dhondup*, Case No.: 25-4448CF10A, in the Circuit Court of the 17th Judicial Circuit of Florida.

4. Undersigned counsel certifies that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

## CERTIFICATE OF GOOD FAITH CONFERRAL

5. Undersigned counsel conferred with Assistant United States Attorney James M. Ustynoski, who indicated that the government does not oppose the continuance sought herein.

**WHEREFORE**, the Defendant, PETER EDWARD MARIN, respectfully requests that this Honorable Court enter its Order continuing the Sentencing

[Continued on Next Page]

Page **2** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

Hearing in this cause for the short period set forth above, for the foregoing reasons.

**DATED:** October 1, 2025.

           Respectfully submitted,

           **Donet, McMillan & Trontz, P.A.**

         By: /s/ David M. Trontz
           **David M. Trontz, Esq.**
           Florida Bar No.: 948111
           Attorney for Mr. Marin

[Certificate of Service on next page]

Page **3** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 1, 2025, undersigned counsel electronically filed the foregoing Defendant Peter Edward Marin's Unopposed Motion to Continue Sentencing Hearing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record registered therein.

                                        **Donet, McMillan & Trontz, P.A.**

                            By: /s/ David M. Trontz
                                 **David M. Trontz, Esq.**
                                 Florida Bar No.: 948111
                                 Attorney for Mr. Marin
                                 100 Almeria Avenue, Suite 230
                                 Coral Gables, Florida 33134
                                 Telephone: 305-444-0030
                                 Email: donet@dmtlaw.com
                                 Email: paralegals@dmtlaw.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com