UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-60111-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER EDWARD MARIN,

    Defendant.
_____

**ORDER GRANTING DEFENDANT PETER EDWARD MARIN'S
UNOPPOSED MOTION TO CONTINUE SENETCING HEARING**

**THIS CAUSE** came before the Court on the DE [ ] Unopposed Motion to Continue Sentencing Hearing filed by Defendant PETER EDWARD MARIN; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The new date for the Sentencing Hearing shall be set forth in a separate Order.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

_____
**HON. DAVID S. LEIBOWITZ**
United States District Judge

Copies to Counsel of Record.