UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60111-CR-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**PETER EDWARD MARIN,**

    Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

THIS CAUSE came before the Court on Defendant's Unopposed Motion to Continue Sentencing Hearing [ECF No. 34]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The sentencing hearing scheduled for October 16, 2025, is cancelled and is rescheduled to November 25, 2025, at 11:00 a.m., in the Fort Lauderdale Division.

**DONE AND ORDERED** in the Southern District of Florida on October 3, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record