UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-60111-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER EDWARD MARIN,

    Defendant.

_____

### DEFENDANT'S NOTICE OF FILING
### COPIES OF TRANSCRIPTS AND CERTIFICATES OF EDOVO COURSES
### FOR THE COURT'S CONSIDERATION AT SENTENCING

    The Defendant, PETER EDWARD MARIN, by and through his undersigned attorney, hereby files copies of Transcripts and Certificates of Edovo Courses taken by Mr. Marin while in pretrial custody, for the Court for consideration at sentencing. Said copies are attached hereto and incorporated herein as Composite Exhibit "A."

    **DATED:** November 14, 2025.

    Respectfully submitted,

    **Donet, McMillan & Trontz, P.A.**

    By: /s/ David M. Trontz
    **David M. Trontz, Esq.**
    Florida Bar No.: 948111

Page **1** of **2**

Attorney for Mr. Marin

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14, 2025, undersigned counsel electronically filed the foregoing **Defendant's Notice of Filing Copies of Transcripts and Certificates of Edovo Courses for the Court's Consideration at Sentencing** with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David M. Trontz
**David M. Trontz, Esq.**
Florida Bar No.: 948111
Attorney for Mr. Marin
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: trontz@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com