UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-60111-DSL

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PETER EDWARD MARIN,

      Defendant.

_____

**COMPOSITE EXHIBIT "A"**
**TO**
**DEFENDANT'S NOTICE OF FILING**
**COPIES OF TRANSCRIPTS AND CERTIFICATES OF EDOVO COURSES**
**<u>FOR THE COURT'S CONSIDERATION AT SENTENCING</u>**

**Copies of Transcripts and Certificates of Edovo Courses**
**Completed By Defendant.**

 **edovo**

**OFFICIAL TRANSCRIPT FOR:**
PETER MARIN

May 13, 2025 - Jun 11, 2025
Broward County Jail Facility, FL

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|:---:|:---:|:---:|:---:|
| 31 | 27 | 4 | 23 |

## 23 Courses completed  — 6/11/25

| Course name | Overview | Time | Status |
|---|---|---|---|
| Thinking for the Future - CBT | Join a group therapy session led by two experts in Cognitive Behavioral Therapy (CBT) -- Jennifer Luther and Dr. Paula Smith. CBT is a form of mental health treatment th... | **Time to pass:** 5 hr 36 min **Total time:** 5 hr 36 min | **PASSED** **Completed:** May 16, 2025 |
| A Guide Through the 12 Steps of Recovery | The purpose of this course is to allow you to reflect on the ways alcohol or substance use has affected your life. It provides educational material on the 12 steps of AA/NA as well a... | **Time to pass:** 2 hr 57 min **Total time:** 2 hr 57 min | **PASSED** **Completed:** May 26, 2025 |
| Howard Schultz Business Leadership | Embark on a journey of personal and professional growth with this digital course that will ignite your intellectual curiosity and equip you with practical strategies to... | **Time to pass:** 2 hr 45 min **Total time:** 2 hr 45 min | **PASSED** **Completed:** May 20, 2025 |
| Navigating Conflict | Navigating Conflict with Buddhist Wisdom & Practices Vita Pires, Ph.D., and the Prison Mindfulness Institute (PMI) have created this video-based course to help you navigate... | **Time to pass:** 2 hr 12 min **Total time:** 2 hr 12 min | **PASSED** **Completed:** Jun 2, 2025 |
| Introduction to Changin' Your Game Plan: The Blueprint... | Changin' Your Game Plan: The Blueprint For Success During and After Incarceration is a practical approach to positive change as well as mental and emotional growth while... | **Time to pass:** 2 hr 01 min **Total time:** 2 hr 01 min | **PASSED** **Completed:** Jun 11, 2025 |
| Changing habits around drug and alcohol use | In this course, Rich Jones takes you through how to define your relationship with drugs and alcohol, identify triggers that make you more likely to use, and set goals for... | **Time to pass:** 1 hr 41 min **Total time:** 1 hr 41 min | **PASSED** **Completed:** May 17, 2025 |
| Meditation with The Phoenix | Welcome to Meditation with The Phoenix! In this course, you will participate in 5 meditations that will serve as the building blocks for YOU to create a personal... | **Time to pass:** 1 hr 39 min **Total time:** 1 hr 39 min | **PASSED** **Completed:** May 17, 2025 |



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## PETER MARIN

**FOR SUCCESSFUL COMPLETION OF**

## Thinking for the Future - CBT

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 16, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## Changing habits around drug and alcohol use

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 17, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## Meditation with The Phoenix

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 17, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## Houses of Healing: The Basics

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 17, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

Introduction to Community & Leadership with The Phoenix

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

PETER MARIN

FOR SUCCESSFUL COMPLETION OF

Course 1: Introduction to Entrepreneurship

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 20, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## Howard Schultz Business Leadership

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 20, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## PETER MARIN

**FOR SUCCESSFUL COMPLETION OF**

## A Guide Through the 12 Steps of Recovery

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 26, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## Anger Management

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 27, 2025
Date

_____

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## Job Seeking with a Criminal Record

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

May 28, 2025
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

Human Trafficking in the United States: The Truth and What You Can Do About It*

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 01, 2025
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## Navigating Conflict

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 02, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## How Can I STOP My Anger?

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

# PETER MARIN

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Art Therapy for Self-Improvement, Reduced Anxiety and Better Relationships

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 04, 2025
Date

_____

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## Make Your Listening Active

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 06, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## Mapping My Life's Journey

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 08, 2025
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## How Can I ANCHOR Myself to the Present?

SCORE: Passed

All course requirements were successfully met in order to earn a 'Passed' Certificate of Completion.

June 08, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## What You Value Fuels What You Do

SCORE: Passed

All course requirements were successfully met in order to earn a 'Passed' Certificate of Completion.

June 08, 2025

Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

Grow with Google: Refresh Your Resume for Your Job Hunt

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 08, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## Make BIG TALK: Introduction

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 09, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## Getting Comfortable With Being Uncomfortable

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 09, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

## How Do I Change?

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 09, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

Introduction to Changin' Your Game Plan: The Blueprint to Success
During and After Incarceration

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 11, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## PETER MARIN

**FOR SUCCESSFUL COMPLETION OF**

## TYRO Leadership Demo Course

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 15, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## PETER MARIN

**FOR SUCCESSFUL COMPLETION OF**

## Grow with Google: Use Google to Get a New Job

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 15, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## PETER MARIN

**FOR SUCCESSFUL COMPLETION OF**

# Rising Strong: A Substance Use Recovery Course

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 17, 2025
_____
Date

_____
President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

PETER MARIN

FOR SUCCESSFUL COMPLETION OF

Preparing for Success After Prison (PSAP) Program

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 21, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## PETER MARIN

FOR SUCCESSFUL COMPLETION OF

Business Basics: Intro to Budgeting, Taxes, and Certifications

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 21, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

PETER MARIN

FOR SUCCESSFUL COMPLETION OF

Criminal Process: The Basics

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

# PETER MARIN

**FOR SUCCESSFUL COMPLETION OF**

## Introduction to the 2nd Opportunity Programs

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 22, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## PETER MARIN

**FOR SUCCESSFUL COMPLETION OF**

## Criminal Process: The Basics

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 22, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

**PRESENTED TO**

# PETER MARIN

**FOR SUCCESSFUL COMPLETION OF**

MasterMind Course: Earning Freedom by Michael Santos

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

June 30, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.