UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-60111-DSL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER EDWARD MARIN,

    Defendant.

_____

## DEFENDANT'S NOTICE OF FILING
## LETTERS FOR THE COURT'S CONSIDERATION AT SENTENCING

The Defendant, PETER EDWARD MARIN, by and through his undersigned attorney, hereby files copies of letters addressed to Court for consideration at Sentencing. Said copies are attached hereto and incorporated herein as Composite Exhibit "A."

**DATED:** November 20, 2025.

    Respectfully submitted,

    **Donet, McMillan & Trontz, P.A.**

    By: /s/ David M. Trontz
    **David M. Trontz, Esq.**
    Florida Bar No.: 948111
    Attorney for Mr. Marin

Page **1** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 20, 2025, undersigned counsel electronically filed the foregoing **Defendant's Notice of Filing Copies of Letters for the Court's Consideration at Sentencing** with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

                              **Donet, McMillan & Trontz, P.A.**

                  By: /s/ David M. Trontz
                              **David M. Trontz, Esq.**
                              Florida Bar No.: 948111
                              Attorney for Mr. Marin
                              100 Almeria Avenue, Suite 230
                              Coral Gables, Florida 33134
                              Telephone: 305-444-0030
                              Email: trontz@dmtlaw.com
                              Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com