UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-60111-DSL

UNITED STATES OF AMERICA,

    Plaintiff,
v.

PETER EDWARD MARIN,

    Defendant.
_____

**COMPOSITE EXHIBIT "A"
TO
DEFENDANT'S NOTICE OF FILING
LETTERS FOR THE COURT'S CONSIDERATION AT SENTENCING**

**Copies of Letters for the Court's Consideration at Sentencing.**

17 November 2025

To: The Honorable David S. Leibowitz

Re: Case Number:25-cr-60111-DSL; USA vs. Marin

Honorable Leibowitz:

I am writing this letter in support of my son, Peter E. Marin.  I am Peter's mother.  First, I would like to offer my apologies to you and the court for having to make the time, effort and resources to execute this sentence hearing and all of the hearings and work that leads to this point.  It simply should not have occurred in the first place, so for that, I am truly sorry.  I would, with your indulgence, like to give you a little insight into the Peter Marin I have known since his birth for consideration.

Peter is not a drug kingpin, member of a drug cartel, drug dealer or anything of the sort.  This was a one-time, regretful incident.  Peter is simply (and normally) a law-abiding member of society who, like so many others, is navigating his way through life.  Peter is fiercely loyal to his family and friends and is that person who many confide in and turn to for help and advice.  As will probably come to light today, this continued to be the case even while incarcerated over the last nearly eight months. Peter is making the best use of his time taking online courses, teaching bible study, attending church, mentoring or just listening to fellow inmates. While doing so, he has learned that many of his fellow inmates, regardless of the reason for their incarceration, should and could have changed the trajectory of their life by making one better decision and by doing the right thing for the right reason.  In this, Peter has seen himself and come to realize that no matter the cause, many times the ways and means do not justify the ends.  Helping a friend to one's own detriment where the law is concerned doesn't help at all.  It only makes things worse for the wrongdoer and so many others such as family, friends and one's relationship with God. It is OK to be generous and helpful, but it must be done through righteous and lawful means.

Peter is well grounded in the fear of God and leads a simple life in trying to obey the Commandments God bestowed on all of us. He treats everyone with dignity and respect and possesses the morale fortitude to hold himself accountable when he doesn't.  He goes out of his way to help others in need without question, and on many occasions, has gone without basics himself while giving to others.  He literally gives people the coat off his back and never expects anything in return.  He knows whatever payback might occur will come from the Lord in due time – and for him that is more than enough.  He is a great son to me and my husband, Peter's father.  No mother or father could ask for more than what Peter gives because we know that all he does is from his heart.

The unlawful act that Peter committed was in support of a friend who was down on their luck and struggling to make ends meet.  His loyalty to family and friends outweighed, on

this occasion, doing the lawfully right thing.  He knew then and knows now, it was not the correct thing to do.  He does not deny his wrongdoing and will accept without hesitation whatever punishment you deem appropriate.  I am simply asking that you consider this letter as matters in extenuation and mitigation and have trust in our belief that Peter is a far greater benefit to society as a free man than he is imprisoned.  He learned his lesson, and I believe you will never again see or hear of Peter breaking any law going forward.  I love Peter with all my heart and will always thank God for bringing him into my life.  He is truly a good man willing to give of himself in the assistance of others.  He now knows that cannot be done via nefarious ways or means and will henceforth and forever pause before making rash, unwise decisions.  I thank you in advance for this opportunity to communicate with you and pass along my sincere thanks for your selfless service in ensuring justice for us all.

Sincerely Nan Marin

The Honorable David S. Leibowitz

Your Honor,

My name is Erik Guzman, and I am writing this letter on behalf of Peter. I have known Peter for several years, during which he has been a consistent and positive influence in my life. I am grateful for the opportunity to share my perspective on his character.

When I first met Peter, I was a much quieter and more reserved person. Over time, his example and encouragement helped me grow out of my shell and become more confident in who I am. He has always treated me with respect and patience, and he pushed me to expect more from myself in a way that was supportive rather than demanding. I genuinely believe I would not be the person I am today without his guidance.

Peter has taught me a number of important life lessons, many of them simple, but meaningful. He showed me the importance of working hard, staying disciplined, and being kind to others, even when it isn't easy. His outlook on life encouraged me to think beyond my comfort zone, to take responsibility for my choices, and to strive toward becoming a better version of myself.

One of the most significant impacts Peter has had on me was helping strengthen my faith in God and Jesus. Through our conversations and his willingness to listen and share his own thoughts, I found myself reconnecting with my beliefs in a deeper and more personal way. I don't say that lightly; faith has become an important part of my life again because of the influence he had on me.

Peter also played a major role in inspiring me to pursue service and higher education. His encouragement helped me decide to join the military and work toward using that foundation to build a better future for myself. The path I'm on now, the discipline, purpose, and long-term goals I've set, was shaped heavily by his advice and the example he set.

Throughout the time I have known him, Peter has consistently acted with kindness, generosity, and sincerity. He has always been someone who tries to do the right thing and support the people around him in any way he can. Those qualities are real, and they have had a direct and lasting effect on my life.

Your Honor, I respectfully ask that you consider these aspects of Peter's character during sentencing. I know the situation before the court is serious, but I also know the kind of person he is and the good he has done for me and many others. I appreciate your time and consideration in reading this letter.

Respectfully,

Erik Guzman

**John Marin**

███████████████████████████

Huntsville, AL ███████████████

███████████████

11/17/2025

**The Honorable David S. Leibowitz**

**Re: Sentencing Consideration for Peter Edward Marin**

Dear Judge Leibowitz,

     My name is John Marin, and I am the brother of Peter Marin. I am writing respectfully to provide context about his character and to offer my perspective for the Court to consider during the sentencing phase of his case. Peter is my older brother and has always been a consistent, loving presence in my life. He has always been a brother that was deeply concerned with the state of the world and the evils that plague it and tried his best to always argue for the principles of equality, fairness, and justice in the world. Peter, even since we were kids, was always willing to put others before himself, and sacrifice his comfort for the comfort of the people around him, even strangers. I remember when we were kids in school, and he would give out his allowance to kids that weren't as fortunate as us and would always lend a helping hand to anyone that needed it.

     Peter has, on occasion, struggled with confidence issues and lack of firm direction on who he wanted to be. This led him to make some mistakes and rash judgments in his life. None of these choices he made were ever made with intention to harm, and even during his rough times he would always be willing to help anyone in need. In our family, he's always been someone that was willing to challenge us on our perspectives and give a different point of view, something that I value highly in him as a brother as he has constantly challenged me to grow as a person and expand my perspectives on the world. I know for certain that while Peter has made some poor decisions, his heart is pure and he truly is a good person deep down. This is evidenced by his deep passion for the Bible and delving deep into his spirituality. I know that recently while incarcerated, he has even been leading Bible studies and doing what he can to bring hope to the inmates that he lives with. He also earned trustee privileges, showing that he is committed to righting the wrongs of his past and turning a new leaf in his life. In my conversations with him since being incarcerated, he has talked deeply about how he wishes to change and wishes to start a new life and has contemplated the idea of entering the ministry upon his release. His deep convictions and impressive knowledge of the Bible as well as his ability to connect with many different types of peoples in the world lend excellently to the idea of him working as a minister, helping others that have lost their way in our world.

     I know that there is nothing I can truly say to lessen the seriousness of the crime he committed, ultimately, he has brought that upon himself and must pay the consequences. I only

hope to provide the Court with a fuller picture of the person I know my brother to be. This experience has already begun to unlock his heart and lead him toward becoming a productive and responsible member of society. I humbly ask that the Court consider showing him even a small measure of leniency, as I believe he still has much to offer the world and is genuinely working to change the direction of his life.

Thank you so much for your consideration.

Respectfully,
John Marin

To the Honorable David S. Leibowitz

Your Honor,

  My name is Daniela Grajeda, and I am writing to share the meaningful role Peter Marin has played in my life. Since I was sixteen years old, Peter has been a father figure to me, and I could not have asked for a more loving, kind, and respectful presence in our family.

  From the beginning, Peter showed genuine care for my mother, my siblings, and me. Over the years, I came to know Peter as a thoughtful, intelligent, and compassionate person. He spent late nights helping me prepare for speeches, encouraged me to think critically in debate, and offered constant emotional support during difficult times. His patience and encouragement gave me confidence both academically and personally.

  Although it was initially difficult to adjust to my mother's new relationship, Peter's character quickly earned my trust. I have relied on his guidance during moments of uncertainty, and his presence has helped shape me into a more expressive and confident individual. His role in my life has been invaluable, as I would not be who I am today.

  I respectfully ask the Court to consider Peter's loving and supportive character when sentencing. His role in my life has been so meaningful that I hope he will one day walk me down the aisle. That is the level of trust, respect, and love I feel toward him, and it reflects the lasting impact he has had on me and our family. Thank you for taking the time to read my letter and consider my perspective.

  Sincerely,

  Daniela Grajeda